R. S. Ziehn, appellant, v. Sebastian Miller, appellee. Gen. No. 31,502.

Action for professional services and medicines. Judgment for balance of plaintiff's claim over defendant's set-off. Appeal from the Municipal Court of Chicago; the Hon. T. H. Miller, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Affirmed. Opinion filed June 14, 1927.

Fred W. Story, for appellant. No appearance for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Louis DeBartolo and Angelina DeBartolo, appellees, v. Sam Broccolo, appellant. Gen. No. 31,511.

Forcible detainer. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Reversed and remanded. Opinion filed June 14, 1927.

Joseph Z. Willner, for appellant. Albert N. Charles, for appellees.

Mr. Justice Barnes delivered the opinion of the court.

---

Renee L. Barnstead, appellee, v. George F. Nixon & Company, appellant. Gen. No. 31,520.

Action for real estate saleswoman's commissions. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Joseph L. McCarthy, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Affirmed. Opinion filed June 14, 1927. Rehearing denied June 28, 1927.

Alexander H. Marshall, for appellant; Max Murdock and Frank G. Marshall, of counsel. Newby & Murphy, for appellee; Albert E. Isley, Robert E. Ward and C. D. Fithian, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

Victory Wet Wash Laundry Company and Sunnyside Wet Wash Laundry Company, appellees, v. Charles Behmer and Herman Swanson, appellants. Gen. No. 31,967.

Appeal from order overruling motion to dissolve temporary injunction. Interlocutory appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Reversed. Opinion filed June 15, 1927. Rehearing denied June 30, 1927.

William Feldman, for appellants. Walter S. Holden and George L. Lewis, for appellees.

Mr. Justice O'Connor delivered the opinion of the court.